**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodricka Jermaine GAMBRELL,
Defendant—Appellant.**

**No. 09–7156.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Rodricka Jermaine Gambrell, Appellant Pro Se. Maxwell B. Cauthen, III, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodricka Jermaine Gambrell appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject

to the discretion of the district court"); *United States v. Legree,* 205 F.3d 724, 727 (4th Cir.2000). Thus, we affirm the district court's order for the reasons stated there. *See Gambrell v. United States,* No. 6:06–cr–01094–GRA, 2009 WL 1605635 (D.S.C. June 5, 2009). Further, we deny Gambrell's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*